Michele R. Stafford, Esq. (SBN 172509)
Blake E. Williams, Esq. (SBN 233158)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
bwilliams@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| F.G. CROSTHWAITE, et al.,<br><br>Plaintiffs,<br>v.<br><br>ADVANCED ROCK CRUSHING SERVICE, LLC, a California Limited Liability Company;<br><br>and TODD WEIHER, an individual,<br><br>Defendants. | Case No.: C12-2986 SI<br><br>**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE;**<br><br>**and [~~PROPOSED~~] ORDER THEREON**<br><br>Date: September 14, 2012<br>Time: 2:30 p.m.<br>Ctrm.: 10, 19th Floor<br>Judge: The Honorable Susan Illston |

Plaintiffs hereby submit their Case Management Conference Statement as follows:

1. As the Court's records will reflect, this action was filed by Plaintiffs to compel Defendants' compliance with their collective bargaining agreement.

2. The parties have been in contact to discuss settlement of this matter by way of a Judgment Pursuant to Stipulation providing for a payment plan to allow Defendants to bring their account current by making monthly payments to Plantiffs. Plaintiffs' counsel mailed a proposed Notice and Acknowledgment and Judgment Pursuant to Stipulation ("Stipulation"), and copies of the Summons and Complaint, and all Court documents that had been issued to date, to Defendants on or about June 13, 2012.

3. Defendants acknowledged receipt of the proposed Stipulation and related documents, and advised Plaintiffs that further revisions to the stipulation would be needed prior to their execution. The Parties are still in negotiations regarding the content of the changes. However,

Case3:12-cv-02986-SI Document10 Filed09/06/12 Page2 of 2

Defendants have submitted the first three payments under the proposed Stipulation, and have timely paid their current contributions. Plaintiffs continue to believe that a settlement will be reached with Defendants.

4. Accordingly, Plaintiffs respectfully request that the Case Management Conference, currently scheduled for September 14, 2012, be continued for 60-90 days to allow for additional settlement efforts and/or for Plaintiffs to personally serve Defendants with the Summons and Complaint, and for Defendants to file Answers.

5. There are no issues that need to be addressed by the parties at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above entitled action, and that the foregoing is true of my own knowledge.

Executed this 4th day of September, 2012, at San Francisco, California.

SALTZMAN & JOHNSON
LAW CORPORATION

By: /S/
Blake E. Williams
Attorneys for Plaintiffs

IT IS SO ORDERED.

The currently set Initial Case Management Conference is hereby continued to Nov. 2, 2012 at 2:30 pm. All related deadlines are hereby extended accordingly.

Date: 9/5/12

UNITED STATES DISTRICT COURT JUDGE

-2-
REQUEST TO CONTINUE CMC
Case No.: C12-2986 SI

P:\CLIENTS\OE3CL\Advanced Rock Crushing Service\Pleadings\C12-2986 SI - Request to Continue CMC - 090412.DOC